```
                ESTADO LIBRE ASOCIADO  DE PUERTO RICO           01DE 01
                    TRIBUNAL GENERAL  DE JUSTICIA
                            TRIBUNAL SUPREMO
                                                              APR 12 2013
LYONS, NILSA, LYONS, LEÓN                            -   RECURRIDO

                             VS.

SUC. DE LEÓN MARTÍN, COMP. X LYON, TAMARA Y OTROS    -   PETICIONARIO

CASO: CC-2013-0074 CASO ORI.: K AC200305975 ACCION CIVIL
                   CASO CIR.: KLAN201001695 ---------------------------------
                                             ACCION CIVIL O DELITO
  BRAU RAMIREZ GERMAN J.
  P O BOX 13399

  SAN JUAN,PR 00908

                          N O T I F I C A C I O N
                          ------------------------
  CERTIFICO QUE EN RELACION CON EL/LA PETICION DE CERTIORARI
  EL TRIBUNAL DICTO EL/LA RESOLUCION
  QUE SE  ACOMPAÑA :

  VICENTE GONZALEZ, HAROLD D [LIC.]
     PO BOX 11609
     SAN JUAN,PR 00910-1609
  DAPENA GUERRERO RAMON E [LIC.]
     PO BOX 13399
     SAN JUAN,PR 00908
  RAMIREZ ABARCA BEATRIZ M. [LIC.]
     EDIF CAPITAL CENTER TORRE SUR
     239 AVE ARTERIAL HOSTOS, STE 1104
     SAN JUAN,PR 00918
  RODRIGUEZ CRUZ, REBECCA [LIC.]
     HATO REY CENTER
     268 AVE PONCE DE LEON STE 1005
     SAN JUAN,PR 00918-2006
  RIVERA FONT, JUAN R. [LIC.]
     AVE. GONZALEZ GIUSTI # 27, EDIF. TRES RIOS
     OFICINA 602
     GUAYNABO,PR 00968
  CORDOVA MORALES, NELSON N. [LIC.]
     PMB 255
     220 AVE DOMENECH
     SAN JUAN,PR 00918

SAN JUAN    , PUERTO RICO A   11 DE ABRIL DE 2013

                         LCDA. AIDA ILEANA OQUENDO GRAULAU
                         ------------------------------------
                             SECRETARIA DEL TRIBUNAL SUPREMO

                         ROSALIA PABON RIVERA
                         ------------------------------------
                              SECRETARIO  AUXILIAR
```

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
Sala II

| NILSA LYONS, LEÓN LYONS<br><br>Recurridos<br><br>v.<br><br>SUCESIÓN DE LEÓN MARTÍN COMPUESTA POR TAMARA LYON CONCEPCIÓN, CLARA CONCEPCIÓN LAZZARINI (EN CUOTA VIUDAL USUFRUCTUARIA), IXIA MERCADO CONCEPCIÓN Y OTROS<br><br>Peticionarias | Núm.: CC-2013-0074 | *Certiorari* |
|---|---|---|

Sala de Despacho integrada por la Jueza Asociada señora Fiol Matta como su Presidenta, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de abril de 2013.

Atendido el recurso de *certiorari* presentado, se declara *No Ha Lugar* por falta de jurisdicción.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo