IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 13-09126-BKT |
| IXIA MERCADO CONCEPCION | CHAPTER 7 |
| Debtor | |
| NILSA LYON RIOS, LEON LYON, JR. | Adversary No. 14-0002 (BKT) |
| Plaintiffs | |
| vs. | |
| IXIA MERCADO CONCEPCION et al. | |
| Defendants | |

## AFFIDAVIT OF SERVICE BY MAIL



I Dannette Negrón, of legal age and resident of Bayamón, Puerto Rico, declare under penalty of perjury as follows:

1. I work as a legal assistant to attorneys Ramón E. Dapena and Víctor J. Quinones.

2. I am familiar with the facts stated in this Affidavit, and I make this Affidavit to certify that I have served copies of the "Amended Complaint" filed in the adversary proceeding of caption along with the court-issued summons, pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1), by mailing said copies by certified first class mail on June 4, 2014 to the persons named below:

(i) Marcel Blay-Mercado

Street 3, C-73,
Paseo Las Vistas
San Juan, Puerto Rico 00926

(ii) Bianca Blay-Mercado    Apartamento 7-F
                            Condominio Santa Ana
                            Guaynabo, Puerto Rico 00969

(iii) La Armeria Metropolitana, Inc.    799 Avenida de Diego
                                        Puerto Nuevo
                                        San Juan, Puerto Rico 00921

(iv) Blay-Mercado Siblings Trust    Paseo Las Vistas
                                    C-73 Calle 3
                                    San Juan, Puerto Rico 00926

3. The certified mail receipts to the above defendants are attached to this Affidavit as Exhibit 1.

I declare under penalty of perjury of the laws of the United States and of the Commonwealth of Puerto Rico that the foregoing is true and correct to the best of my knowledge and belief.

In San Juan, Puerto Rico, on July 28, 2014.

_____
Dannette Negrón

*UNITED STATES BANKRUPTCY COURT*
*District of Puerto Rico*

**EXHIBIT 1**

| | |
|---|---|
| IN THE MATTER OF:<br><br>IXIA MERCADO CONCEPCION<br><br>Debtor(s)<br><br>NILSA LYONS<br>LEON LYONS–REJINCOS<br>Plaintiff(s)<br><br>v.<br><br>Marcel Blay–Mercado<br>Defendant | Case No. 13-09126<br><br>Chapter 7<br><br>ADVERSARY NUMBER 14-00002<br><br>FILED & ENTERED ON 6/4/14 |

*SUMMONS*

To the above named defendant(s):

You are hereby summoned and required to serve upon RAMON DAPENA GUERRERO plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is:

MORELL BAUZA CARTAGENA & DAPENA
P.O. BOX 13399
SAN JUAN, PR 00908

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney(or upon plaintiff, if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.
(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

San Juan, Puerto Rico, The 4th of June, 2014.



MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ 1.40
Certified Fee 3.30
Return Receipt Fee (Endorsement Required) 2.70
Restricted Delivery Fee (Endorsement Required) 0.00
Total Postage & Fees $ 7.40

Sent To: 10237-001 VJQ/Jnl MARCEL BLAY-MERCADO
Street, Apt or PO Box: PASEO LAS VISTAS
City, State: C-73 CALLE 3
SAN JUAN PR 00926

UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| IN THE MATTER OF: | |
|---|---|
| IXIA MERCADO CONCEPCION | Case No. 13-09126 |
| Debtor(s) | Chapter 7 |
| NILSA LYONS<br>LEON LYONS-REJINCOS<br>Plaintiff(s) | ADVERSARY NUMBER 14-00002 |
| v. | FILED & ENTERED ON 6/4/14 |
| Bianca Blay-Mercado<br>Defendant | |

**SUMMONS**

To the above named defendant(s):

You are hereby summoned and required to serve upon RAMON DAPENA GUERRERO plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is:

MORELL BAUZA CARTAGENA & DAPENA
P.O. BOX 13399
SAN JUAN, PR 00908

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney (or upon plaintiff, if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.
(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

San Juan, Puerto Rico, The 4th of June, 2014.



MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $1.40 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | 0.00 |
| Total Postage & Fees | $ 7.40 |

Sent To: 10237-001 VJQ/dnl
BIANCA BLAY-MERCADO
Street, or PO Box: COND SANTA ANA
City, St: APT 7-F
GUAYNABO PR 00969

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF:<br><br>IXIA MERCADO CONCEPCION<br><br>Debtor(s)<br><br>NILSA LYONS<br>LEON LYONS-REJINCOS<br>Plaintiff(s)<br><br>v.<br><br>La Armeria Metropolitana, Inc.<br>Defendant | Case No. 13-09126<br><br>Chapter 7<br><br><br>ADVERSARY NUMBER 14-00002<br><br><br>FILED & ENTERED ON 6/4/14 |

### SUMMONS

To the above named defendant(s):

You are hereby summoned and required to serve upon RAMON DAPENA GUERRERO plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is:

**MORELL BAUZA CARTAGENA & DAPENA**
**P.O. BOX 13399**
**SAN JUAN, PR 00908**

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney(or upon plaintiff, if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.
(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

San Juan, Puerto Rico, The 4th of June, 2014.



MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

10237-001 VJQ/dni
LA ARMERÍA METROPOLITANA INC
PUERTO NUEVO
799 AVE DE DIEGO
SAN JUAN PR 00921

RECEIVED
JUN 09 2014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /M/

B. Received by (Printed Name)   C. Date
Gerardo A. Graff's   06-

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Priority Mail Express
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 3020 0001 7326 9684

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ 1.40
Certified Fee 3.30
Return Receipt Fee (Endorsement Required) 2.70
Restricted Delivery Fee (Endorsement Required) 0.00
Total Postage & Fees $ 7.40

Sent To: 10237-001 VJQ/dni
LA ARMERÍA METROPOLITANA INC
Street, Apt.: PUERTO NUEVO
or PO Box: 799 AVE DE DIEGO
City, State, ZIP: SAN JUAN PR 00921

Case:14-00002-BKT Doc#:14 Filed:06/04/14 Entered:06/04/09 Page summons
Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
*District of Puerto Rico*

| | |
|---|---|
| IN THE MATTER OF:<br><br>IXIA MERCADO CONCEPCION<br><br>Debtor(s)<br><br>NILSA LYONS<br>LEON LYONS-REJINCOS<br>Plaintiff(s)<br><br>v.<br><br>Blay-Mercado Siblings Trust<br>Defendant | Case No. 13-09126<br><br>Chapter 7<br><br><br><br>ADVERSARY NUMBER 14-00002<br><br><br><br>FILED & ENTERED ON 6/4/14 |

## SUMMONS

To the above named defendant(s):

You are hereby summoned and required to serve upon RAMON DAPENA GUERRERO plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is:

MORELL BAUZA CARTAGENA & DAPENA
P.O. BOX 13399
SAN JUAN, PR 00908

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney(or upon plaintiff, if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.
(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

San Juan, Puerto Rico, The 4th of June, 2014.



MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

