

### USPS Tracking™

**Tracking Number: 70133020000173269677**

#### Product & Tracking Information

Postal Product:    Features: Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 3, 2014 , 11:36 am | Delivered | SAN JUAN, PR 00908 |

Your item was delivered at 11:36 am on July 3, 2014 in SAN JUAN, PR 00908.

| | | |
|---|---|---|
| July 2, 2014 , 2:26 pm | Available for Pickup | SAN JUAN, PR 00908 |
| July 2, 2014 , 10:36 am | Available for Pickup | SAN JUAN, PR 00908 |
| June 25, 2014 , 8:54 am | Unclaimed | SAN JUAN, PR 00926 |
| June 12, 2014 , 12:52 pm | Available for Pickup | SAN JUAN, PR 00926 |
| June 5, 2014 , 4:19 pm | Notice Left (No Authorized Recipient Available) | SAN JUAN, PR 00926 |
| June 5, 2014 , 8:58 am | Out for Delivery | SAN JUAN, PR 00926 |
| June 5, 2014 , 8:48 am | Sorting Complete | SAN JUAN, PR 00926 |
| June 5, 2014 , 5:10 am | Arrived at Unit | SAN JUAN, PR 00926 |

**BLAY—MERCADO SIBLINGS TRUST**